IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



UNITED STATES OF AMERICA

vs.                                   Cr. No.1:96-10046-01-T/An

ANTHONY DALE WILBOURN

JUDGMENT ON SUPERVISED RELEASE VIOLATION

This cause came to be heard on April 7, 2005, Assistant U. S. Attorney Richard Leigh Grinalds, representing the government, and the defendant appeared in person and with counsel, J. Colin Morris, who was appointed and admits to the allegations set forth in the Supervised Release Violation Petition. After questioning the defendant, hearing statements of counsel, the Court finds the defendant guilty as charged in the Supervised Release Violation Petition.

IT IS THEREFORE ORDERED that the defendant has violated the terms of his supervised release and that he be sentenced to the custody of the Bureau of Prisons for a period of **Forty-six (46) MONTHS,** to run consecutive to State Sentence in Circuit Court of Madison County, #03-524, with no additional supervise release.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 04-18-05



The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 13 April 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 365 in case 1:96-CR-10046 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

Jack Colin Morris
LAW OFFICES OF COLIN MORRIS
204 West Baltimore
Jackson, TN 38301

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT